## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Henry Torres**<br>DOB: 1984; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06323MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 1, 2026, in the District of Arizona, **Henry Torres**, knowing and in reckless disregard of the fact that certain illegal aliens, Miguel Angel Linares-Serrano and Daniel Rosas-Rosas, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 1, 2026, in the District of Arizona (Naco), at approximately 3:11 p.m., Border Patrol Agents (BPAs) were notified that BPA cameras detected an older model Chevrolet Blazer with temporary registration tags heading south onto Stone Ridge Road south of State Route (SR) 92. BPAs were able to get a partial plate (AZ# 4E02) and noted there were two big yellow hearts on the back of the vehicle. BPAs reviewed the images and confirmed the quick turnaround of the Chevrolet Blazer as it exited the area at 3:26 p.m. Stone Ridge Road is a common area for Alien Smuggling Organization (ASO) to go and pick up illegal aliens (IAs), this is due to the heavy brush and rolling hills and its close proximity to the International Border with Mexico and the United States.   There are only a dozen residences on Stone Ridge, where there is little to no vehicle traffic and a minimal amount of law enforcement is present in that area.   BPAs encountered the Chevrolet Blazer driving north on Palominas Road. The vehicle matched the earlier observation, displaying temporary AZ license plate 4E02917. BPAs requested record checks on the vehicle. While BPAs were waiting for the vehicle registration check they observed no silhouettes in the backseat of the vehicle. Checks revealed the vehicle was registered out of Tucson, AZ. A common recruitment tactic for ASOs is to recruit drivers from large metropolitan areas outside the county. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. As the vehicle was yielding BPAs observed two human silhouettes pop up from the backseat as if they were laying down trying to conceal themselves. BPAs approached the vehicle and

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Miguel Angel Linares-Serrano and Daniel Rosas-Rosas | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]| DATE<br>June 2, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

informed the driver, Henry Torres, that an immigration inspection was being conducted. BPAs asked the Torres to lower the windows and observed two male subjects in the backseat, later identified as Miguel Angel Linares-Serrano and Daniel Rosas-Rosas. Both subjects admitted to being citizens and nationals of Mexico. Record checks revealed Linares and Rosas do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Miguel Angel Linares-Serrano stated he is a citizen and national of Mexico. His friend made arrangements in Mexico to be smuggled into the United States and was going to pay $5,500 Mexican pesos. He illegally crossed into the United States on June 1, 2026, with one other person. They were being guided by their cell phones. They were told to get to a dirt road and wait for a vehicle to pick them up. The vehicle was a gray van, and he went inside the passenger side of the vehicle. The driver was alone, and he didn't talk to them. The driver offered them a cup of ice water.

Material witness Daniel Rosas-Rosas stated he is a citizen and national of Mexico. His uncle made arrangements in Mexico to be smuggled into the United States and paid $8,000 USD. He illegally crossed into the United States on June 1, 2026, with one other person. They were being guided by phone. They were told to get to a dirt road where a black truck would pick them up. A four-door black truck picked them up. He did not know the make or model of the vehicle. He got in the back seats and sat on the driver's side. They asked the driver for water, and he gave them some but that was the only interaction they had.